[No. 10679–1–I.   Division One.   August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ELI
GRAHAM, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01361–5, Terrence A. Carroll, J., entered
August 14, 1981. *Affirmed* by unpublished opinion per

1044

Swanson, J., concurred in by Durham, A.C.J., and Corbett, J.